1980612-20

# UNITED STATES DISTRICT COURT-
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **CITADEL SA PLAZA, LLC** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:21-CV-1199 |
| | § | |
| **NORTHFIELD INSURANCE** | § | |
| **COMPANY** | § | |
| | § | |
| **Defendant** | § | |

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii). Each party to bear its own costs and fees.

Dated this 18th day of November, 2022.

Respectfully submitted,

**GREEN KLEIN & WOOD**
408 E. 7th Street
Houston, Texas 77007
Telephone: (713) 654-9222
Facsimile: (713) 654-2155

BY:  /s/ WILLIAM T. JONES, JR.
　　　ROBERT D. GREEN
　　　State Bar No. 08368025
　　　green@greentriallaw.com
　　　*WILLIAM T. JONES, JR.
　　　(*application for admission pending)
　　　State Bar No.: 24032601
　　　bjones@greentriallaw.com

**ATTORNEYS FOR PLAINTIFF**

**BROCK ♦ GUERRA**
**STRANDMO DIMALINE JONES, P.C.**
17339 Redland Road
San Antonio, Texas 78247-2304
(210) 979-0100 Telephone
(210) 979-7810 Facsimile

BY:  /s/ Robert F. Scheihing
　　　ROBERT F. SCHEIHING
　　　State Bar No. 17736350
　　　bscheihing@brock.law

**ATTORNEYS FOR DEFENDANT**